Patrick **HEEMBROCK**, Plaintiff/Appellant,

v.

**CITY OF ST. CHARLES**, Missouri, Defendant/Respondent.

No. 71238.

Missouri Court of Appeals, Eastern District, Division Four.

Aug. 19, 1997.

Rick Barry, Law Offices of Rick Barry, P.C., St. Louis, Donna Aronoff Smith, St. Louis, for plaintiff/appellant.

Charles E. Callier, Jr., Assistant City Attorney, St. Charles, Kevin M. O'Keefe, Corinne N. Darvish, Uthoff, Graeber, Bobinette & O'Keefe, St. Louis, for defendant/respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

Patrick Heembrock (Heembrock) appeals from the judgment of the Circuit Court of St. Charles County affirming the Findings and Decisions of the Personnel Board of the City of St. Charles upholding the city administra-

tor's decision to affirm the acting police chief's imposition of an eighteen day suspension without pay for Heembrock's violation of departmental rules and regulations.

We affirm the judgment pursuant to Rule 84.16(b). An opinion restating the principles of law would have no precedential value. A memorandum solely for the use of the parties involved has been provided explaining the reason for our holding.